## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MASSACHUSETTS, WORCESTER DIVISION

IN RE:                                    :    Chapter:  7
JAMIE M LABREE                            :
                                          :
                                          :
                                          :    BANKRUPTCY NO:    09-44381-HJB

### REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
### PROVIDING ADDRESS FOR SERVICE
### OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Centurion Bank**
**c/o Becket and Lee LLP**
**POB 3001**
**Malvern  PA 19355 0701**

By: /s/ GILBERT B. WEISMAN

Gilbert B Weisman, Esquire, PA59872
Becket & Lee LLP, Attorneys/Agent for Creditor
POB 3001
Malvern PA 19355-0701
PHONE:      (610) 644-7800
FAX:        (610) 993-8493
EMAIL:      notices@becket-lee.com

DATE:      10/26/2009

Pet:  10/19/2009

TRI

